GEORGE A. ESTLER, APPELLANT, v. DELAWARE, LACKA-
WANNA AND WESTERN RAILROAD COMPANY, RE-
SPONDENT.

Submitted December 9, 1918—Decided February 6, 1919.

On appeal from the Supreme Court, whose opinion is re-ported in 91 *N. J. L.* 421.

For the appellant, *Elmer W. Romine.*

For the respondent, *Frederic B. Scott.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, SWAYZE, TRENCHARD, BERGEN, MINTURN, BLACK, WHITE, HEPPENHEIMER, WIL-LIAMS, GARDNER, JJ.   10.

*For reversal*—None.